UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* SHILOG, LTD., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 12-0320 (BJR) |
| CARDINAL HEALTH, INC., *et al.*, | ) ) ) | FILED UNDER SEAL |
| Defendants. | ) ) | |

[~~PROPOSED~~] ORDER

UPON CONSIDERATION of the United States' notice of election to decline intervention and the United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby:

ORDERED the Complaint be unsealed and served upon Defendants by Relator;

ORDERED that all other contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendants, except for this Order and the Government's notice of election to decline intervention, which Relator shall serve on Defendants only after service of the Complaint;

ORDERED that the seal be lifted as to all other matters occurring in this action on and after the date of this Order;

ORDERED that the parties shall serve copies of all papers filed in this action -- including, but not limited to, supporting memoranda and any notices of appeal -- upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);

ORDERED that the United States may order any deposition transcripts and is entitled to intervene in this action for good cause at any time;

ORDERED that copies of all orders of the Court in this action shall be sent to the United States; and it is further

ORDERED that should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court shall solicit the written consent of the United States before ruling or granting its approval.


SO ORDERED:

10/2/14
_____
Date

BARBARA J. ROTHSTEIN
Senior United States District Judge